# First District Court of Appeal
## State of Florida

_____

No. 1D18-2457
_____

Victor Jerome Blaney,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

August 1, 2019

Per Curiam.

Affirmed.

Roberts, Rowe, and Kelsey, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Justin Foster Karpf, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Kaitlin Weiss, Assistant Attorney General, and Benjamin Louis Hoffman, Assistant Attorney General, Tallahassee, for Appellee.